**ARTHUR R. LEHMAN, L.L.C.**
52 VANDERBILT AVENUE
NEW YORK, NEW YORK 10017
(212) 697-2715

FACSIMILE: (212) 697-2773
arthur@lehmanlawyer.com

November 27, 2007

By Fax: (212) 805-7911

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: Jerry Wolf v. Elders Limited
    Case No. 07-cv-8219 (JFK)

Dear Judge Keenan:

I am counsel to plaintiff Jerry Wolf in the above referenced action. The Court has scheduled a conference in this action for November 27, 2007.

I initiated service of process by sending a Notice of Lawsuit and Request for Waiver of Service of Summons to the office of defendant Elders Limited in Australia on September 27, 2007. On November 26, 2007, I received a fax Waiver of Service of Summons sent by the Australian counsel to defendant. I have not yet received the original, and will file it with the Court when I do. Under Rule 4(d) of the Federal Rules of Civil Procedure, the defendant has 90 days from November 26, 2007 to respond to the complaint.

The purpose of this letter is to request an adjournment of the conference to a time convenient to the Court after defendant has responded or its time to respond has lapsed. No previous request for adjournment of this conference has been made.

Thank you for your consideration of this matter.

```
The conference is adjourned
until March 13, 2008 at 10:00 a.m.

SO ORDERED.
Dated:    New York, N.Y.
          November 27, 2007

          /s/ John F. Keenan
          U.S.D.J.
```

Respectfully Yours,

*Arthur R. Lehman*
Arthur R. Lehman
Attorneys for Plaintiff