ARTHUR R. LEHMAN, L.L.C.
Arthur R. Lehman (AL-8819)
Attorneys for Plaintiff
52 Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 697-2715

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JERRY WOLF, d/b/a AUSTRALIA ONLINE,

                Plaintiff,        Case No. 07-cv-08219-JFK

    -against-

ELDERS LIMITED,

                Defendant.
------------------------------------------------------------x

## STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that the time within which defendant Elders Limited may answer, move or otherwise respond to the Complaint in this action is extended to and including March 26, 2008.



Dated: February 26, 2008
New York, New York

*[signature]*

Arthur R. Lehman (AL-8819)
Attorneys for Plaintiff
52 Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 697-2715
Facsimile: (212) 697-2773
Email: arthur@lehmanlawyer.com

Counsel for Plaintiff
Jerry Wolf, d/b/a Australia Online

Respectfully submitted,

*[signature]*

Scott D. Brown (SB-7108)
Christopher G. Clark (CC-0205)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
--and--
One Beacon Street
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
sbrown@skadden.com
cclark@skadden.com

Counsel for Defendant
Elders Limited

APPROVED AND SO ORDERED:

Dated: *February 2, 2008*    *[signature]*

Hon. John F. Keenan
United States District Judge