ARTHUR R. LEHMAN, L.L.C.
Arthur R. Lehman (AL-8819)
Attorneys for Plaintiff
52 Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 697-2715

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JERRY WOLF, d/b/a AUSTRALIA ONLINE,

              Plaintiff,              Case No. 07-cv-8219 (JFK)

      -against-

ELDERS LIMITED,

              Defendant.

-------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, by his undersigned counsel, hereby voluntarily dismisses the above-captioned action in its entirety without prejudice and without costs to be awarded to any party.

Dated: March 7, 2007                                  Respectfully submitted,

                                                            ARTHUR R. LEHMAN, L.L.C.

                                                             By: _____
                                                             Arthur R. Lehman (AL-8819)
                                                             52 Vanderbilt Avenue
                                                             New York, New York 10017
                                                             Telephone: (212) 697-2715
                                                             Facsimile: (212) 697-2773
                                                             Email: arthur@lehmanlawyer.com

                                                            Counsel for Plaintiff
                                                            Jerry Wolf, d/b/a Australia Online

## CERTIFICATE OF SERVICE

I, Arthur R. Lehman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 7, 2008.

Dated: March 7, 2008

_____
Arthur R. Lehman