USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-08

**ARTHUR R. LEHMAN, L.L.C.**
52 VANDERBILT AVENUE
NEW YORK, NEW YORK 10017
(212) 697-2715

FACSIMILE: (212) 697-2773
arthur@lehmanlawyer.com

MAR - 7 2008

March 7, 2008

By Fax: (212) 805-7911

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Jerry Wolf v. Elders Limited
Case No. 07-cv-8219 (JFK)

Dear Judge Keenan:

I am counsel to plaintiff Jerry Wolf in the above referenced action. The Court has scheduled a conference in this action for March 13, 2008, at 10:00 a.m.

After discussions with counsel for the defendant, the parties agreed that this action would be litigated in the United States District Court for the Eastern District of Virginia. Accordingly, I have filed a Voluntary Dismissal Without Prejudice of the action today electronically on the ECF system.

The purpose of this letter is to request that the conference scheduled for March 13, 2008 be canceled.

Thank you for your consideration of this matter.

Respectfully Yours,

*Application granted*

*So ordered John F. Keenan*
*March 10, 2008    U.S.D.J.*

Arthur R. Lehman
Attorneys for Plaintiff