ARTHUR R. LEHMAN, L.L.C.
Arthur R. Lehman (AL-8819)
Attorneys for Plaintiff
52 Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 697-2715

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JERRY WOLF, d/b/a AUSTRALIA ONLINE,

                Plaintiff,

      -against-

ELDERS LIMITED,

                Defendant.
---------------------------------------------------------------x

Case No. 07-cv-8219 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, by his undersigned counsel, hereby voluntarily dismisses the above-captioned action in its entirety without prejudice and without costs to be awarded to any party.

Dated: March 7, 2007

Respectfully submitted,

ARTHUR R. LEHMAN, L.L.C.

By: _____
Arthur R. Lehman (AL-8819)
52 Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 697-2715
Facsimile: (212) 697-2773
Email: arthur@lehmanlawyer.com

Counsel for Plaintiff
Jerry Wolf, d/b/a Australia Online

So ordered
March 14, 2008

John F. Keenan